**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Crystal JONES, Defendant–Appellant.**

No. 06–11060
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 7, 2007.

Richard H. Lofton, Mobile, AL, for Plaintiff–Appellee.

Crystal Jones, Fort Worth, TX, pro se.

Before EDMONDSON, Chief Judge, ANDERSON and BARKETT, Circuit Judges.

PER CURIAM:

Arthur J. Madden III, appointed appellate counsel for Crystal Jones in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because the independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's conviction and sentence are **AFFIRMED.**